this is don's test opinion.